UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISRAEL ZAIDA,

        Plaintiff,

– against –

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS
INC, TRANS UNION L.L.C., *and* XACTUS,
LLC,

        Defendants.

**ORDER**

23 Civ. 7587 (ER)

Ramos, D.J.:

    On September 1, 2023, the Court scheduled an initial conference for October 5, 2023. Doc. 53. Zaida and Experian failed to appear for the conference. The parties are directed to provide the Court with a status update by Friday, September 26, 2025.

    Xactus is directed to provide a copy of this order to Zaida and Experian.

    SO ORDERED.

Dated:   September 19, 2025
           New York, New York

                                                Edgardo Ramos, U.S.D.J.