UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL ZAIDA,<br><br>                                    Plaintiff,<br><br>-against-<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., *and* XACTUS, LLC,<br><br>                                Defendants. | **ORDER**<br><br>23-cv-7587 (ER) |

Ramos, D.J.:

       The parties having advised the Court that the claims against Experian Information Solutions, Inc. ("Experian") were resolved in the District of New Jersey, doc. 57, Experian is therefore dismissed as a party in this action.

       It is SO ORDERED.

Dated:  September 30, 2025
            New York, New York

                                                                              Edgardo Ramos, U.S.D.J.